IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**IN RE: PANTHERA ENTERPRISES, LLC**          Case No.: 19-00787
       Debtor.                                                                   Chapter 7

### TRUSTEE'S STATUS REPORT OF JANUARY 17, 2023

Now comes the Trustee, Aaron C. Amore, with a status report on this case as of January 17, 2023.

**Novation of DEA Contract**

The novation of contracts has been finalized but the DEA has continued to send requests for work orders to the Trustee as manager of Panthera Enterprises. The Trustee and Panthera Training are working to resolve this issue so new work orders are sent directly to Panthera Training, LLC.

**Status of compliance with Order granting motion to sell**

The Trustee has made payments to West Virginia Paving, LLC and Howard Shockey & Sons, Inc. consistent with the Court's order approving the motion to sell and the order approving the Trustee's Motion for First Interim Distribution. The Trustee has also paid Kelly Smith, CPA for his work on the audit, his supplemental fee application as well as John P. "Jack" Lantzy for the preparation of tax returns. The Trustee has received $152,500.00 of the allowed commission of $205,291.82.

**Status of case**

The Trustee needs to resolve the issues related to the continuing direct work requests from the DEA. The Trustee is now able to liquidate the remaining asset of the Estate, that being the note payable to the Estate by Panthera Training, LLC. The Trustee has funds on hand of $4,532.78. The balance of the note owed to the Estate is $226,292.52.

**Future expenses/costs**

The Trustee does not expect significant expenses or costs by way of keeping the estate open. The estate will have additional tax return(s) but these returns will not be complicated and will simply reflect funds in and out with no additional tax liability incurred. The Trustee anticipates he will have nominal administrative expenses moving forward.

Aaron C. Amore, Trustee

Respectfully submitted,

*/s/ Aaron C. Amore*
Aaron C. Amore WVSB #6455
Chapter 7 Trustee
206 West Liberty Street
P.O. Box 386
Charles Town, WV 25414
304-885-4111
aaron@amorelaw.com

**CERTIFICATE OF SERVICE**

I, Aaron C. Amore hereby certify that on this 17th day of January 2023, the foregoing ***TRUSTEE'S REPORT OF JANUARY 17, 2023*** was served through the Court's ECF system on all parties registered to receive CM/ECF notices, by U.S. Mail and/or email, including:

**Via Email:**
Kelly T. Smith ksmith@sek.com
Jack Lantzy jlantzy@sek.com
Mark A. Lindsay mlindsay@bernsteinlaw.com
Rob Duncan tarpon777@yahoo.com
Rob Duncan as manager of TR&L tkelsey@woodsrogers.com
Bruce & Stacie Hardy bsrhardy@comcast.net
Henry Swergold hswergold@platzerlaw.com

**CM/ECF**

- **Debra Lee Allen**    dallen@spilmanlaw.com
- **Aaron C. Amore**    aaron@amorelaw.com, jackie@amorelaw.com;c.ar70274@notify.bestcase.com;alaina@amorelaw.com
- **Aaron C. Amore**    amorewvt@gmail.com, aca@trustesolutions.net;jackiewvt@gmail.com;annwvt@gmail.com
- **Robert S. Bernstein**    rbernstein@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com
- **Elizabeth B. Carroll**    elizabeth_carroll@vawb.uscourts.gov
- **Julia A. Chincheck**    jchincheck@bowlesrice.com
- **Spencer D. Elliott**    selliott@lgcr.com
- **Douglas Kahle**    dkahle@basnightkinser.com
- **Gary O. Kinder**    gary.o.kinder@usdoj.gov
- **Travis Alan Knobbe**    tknobbe@spilmanlaw.com, dambrose@spilmanlaw.com
- **Sabrina B. Lee**    sabrina_lee@vawb.uscourts.gov
- **William J. Leon**    jayleon@comcast.net
- **Salene Rae Mazur Kraemer**    skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com,
- **Michael R. Proctor**    mproctor@bowlesrice.com, lcrown@bowlesrice.com
- **Brandy M. Rapp**    brapp@wtplaw.com, twhitt@wtplaw.com

- **John J. Richardson**   jrichardson@bernsteinlaw.com
- **Zachary James Rosencrance**   zrosencrance@bowlesrice.com, ajones@bowlesrice.com
- **Robert Sellards**   rms@bcyon.com
- **James E. Smith**   jes2esq@frontiernet.net
- **Anita M. Swaton**   Anita_Swaton@wvnb.uscourts.gov
- **Steven L. Thomas**   sthomas@kaycasto.com, lwalker@kaycasto.com;abrewster@kaycasto.com;nball@kaycasto.com
- **Stephen L. Thompson**   sthompson@barth-thompson.com, office@barth-thompson.com;chris@barth-thompson.com
- **United States Trustee**   ustpregion04.ct.ecf@usdoj.gov
- **Eric Michael Wilson**   eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov

## Manual Notice List

Notice was not mailed to the parties below as no addresses were provided. To the extent the Trustee has email addresses the below notice parties, they were emailed.

> Rob Duncan
> Manager/Duncan Development Group, LLC
> Rob Duncan
> Manager/TR&L, LLC,
> a Virginia Limited Liability Company
> Successor to SMI, LLC,
> a Virginia Limited Liability Company
>
> Bruce Hardy
> Stacie Hardy
> Anthony McIntyre
> Timothy Miller

 

            */s/ Aaron C. Amore*
            Aaron C. Amore, Esq.